IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC §§§ Plaintiff, § vs. § AT&T MOBILITY LLC § Defendant. §§§§§§§ | Case No: 2:16-cv-00385-RWS |

## AGREED MOTION TO SUBSTITUTE PARTIES

Plaintiff, Rothschild Broadcast Distribution Systems, LLC ("RBDS") and Defendant AT&T Mobility LLC agree to substitute AT&T Services, Inc. for AT&T Mobility LLC as the defendant in this action. AT&T Services, Inc. does not oppose this motion.

Plaintiff Rothschild Broadcast Distribution Systems, LLC therefore moves the Court for an order substituting AT&T Services, Inc. for AT&T Mobility LLC as the defendant in this action.

Dated: June 3, 2016

*/s/ Jay Johnson*
Jay Johnson
State Bar No. 24067322
Brad Kizzia
State Bar No. 11547550
Anthony Ricciardelli
State Bar No. 24070493
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave., Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@kjpllc.com

**ATTORNEYS FOR PLAINTIFF ROTHSCHILD BROADCASTING DISTRIBUTION SYSTEMS, LLC**

Respectfully submitted,

*/s/ John H. Barr, Jr. w/ permission*
John H. Barr, Jr.
*LEAD ATTORNEY*
State Bar No. 00783605
Abby L. Parsons
State Bar No. 24094303
**KING & SPALDING, LLP**
1100 Louisiana Street, Suite 4000
Houston, TX 77002
Tel:  (713) 276-7369
Fax:  (713) 751-3290
jbarr@kslaw.com
aparsons@kslaw.com

Allison H. Altersohn
**KING & SPALDING, LLP**
1185 Avenue of the Americas
New York, NY  10036
Tel:  (212) 556-2100
Fax:  (212) 556-2222
aaltersohn@kslaw.com

**ATTORNEYS FOR AT&T MOBILITY LLC AND AT&T SERVICES, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on June 3, 2016.

*/s/ Jay Johnson*
Jay Johnson