# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC.<br><br>    Defendant. | § § § § § § § § § § § § § § § §<br><br>Civil Action No. 2:16-cv-00385-RWS |

## DEFENDANT AT&T SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AT&T Services, Inc. ("AT&T Services") hereby states the following:

1. The following are owners of AT&T Services:

    a. AT&T Inc.

    b. AT&T Teleholdings, Inc.

2. AT&T Teleholdings, Inc. and AT&T Services are not publicly traded companies.

3. AT&T Teleholdings, Inc. is a wholly-owned subsidiary of AT&T Inc.

4. AT&T Inc. has no parent corporation and is itself a publicly held corporation. There is no one person or group that owns 10% or more of the stock of AT&T Inc.

Dated: July 5, 2016

Respectfully submitted,

/s/ John H. Barr, Jr.
John H. Barr, Jr.
*LEAD ATTORNEY*
State Bar No. 00783605
Abby L. Parsons
State Bar No. 24094303
**KING & SPALDING, LLP**
1100 Louisiana Street, Suite 4000
Houston, TX 77002
Tel: (713) 276-7369
Fax: (713) 751-3290
jbarr@kslaw.com
aparsons@kslaw.com

Allison H. Altersohn
**KING & SPALDING, LLP**
1185 Avenue of the Americas
New York, NY 10036
Tel: (212) 556-2100
Fax: (212) 556-2222
aaltersohn@kslaw.com

Robert A. Jones
**KING & SPALDING, LLP**
1180 Peachtree Street
Atlanta, GA 30309
Tel: (404) 572-3579
Fax: (404) 572-5100
rajones@kslaw.com

*ATTORNEYS FOR DEFENDANT
AT&T SERVICES, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 5, 2016.

/s/ John H. Barr, Jr.
John H. Barr, Jr.