IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:16-cv-00385-RWS |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| AT&T SERVICES, INC. | § § | |
| Defendant. | § | |
| _____ | § | |
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:16-cv-00402-RWS |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| BARNES & NOBLE, INC. et al | § § | |
| Defendants. | § | |
| _____ | § | |

**UNOPPOSED MOTION TO DISMISS BARNES & NOBLE, INC. and BARNESANDNOBLE.COM LLC WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Rothschild Broadcast Distribution Systems, LLC ("RDBS") files this Unopposed Motion to Dismiss Defendants Barnes & Noble, Inc., Barnesandnoble.com LLC. With Prejudice.

Wherefore, RBDS moves this Court to dismiss this action and all claims by and between parties, with prejudice, with each party to bear its own costs, attorney's fees and expenses and request that the Court enter the proposed order of dismissal submitted herewith.

Dated: August 15, 2016　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Jay Johnson*
　　　　　　　　　　　　　　　　　　　　**JAY JOHNSON**
　　　　　　　　　　　　　　　　　　　　State Bar No. 24067322
　　　　　　　　　　　　　　　　　　　　**BRAD KIZZIA**
　　　　　　　　　　　　　　　　　　　　State Bar No. 11547550
　　　　　　　　　　　　　　　　　　　　**ANTHONY RICCIARDELLI**
　　　　　　　　　　　　　　　　　　　　State Bar No. 24070493
　　　　　　　　　　　　　　　　　　　　**KIZZIA JOHNSON PLLC**
　　　　　　　　　　　　　　　　　　　　1910 Pacific Ave.
　　　　　　　　　　　　　　　　　　　　Suite 13000
　　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　　　(214) 451-0164
　　　　　　　　　　　　　　　　　　　　Fax: (214) 451-0165
　　　　　　　　　　　　　　　　　　　　jay@kjpllc.com
　　　　　　　　　　　　　　　　　　　　bkizzia@kjpllc.com
　　　　　　　　　　　　　　　　　　　　anthony@kjpllc.com

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on August 15, 2016, he met and conferred with counsel for Defendant concerning this motion and that Defendants' counsel agreed to the motion.

　　　　　　　　　　　　　　　　　　*/s/ Jay Johnson*
　　　　　　　　　　　　　　　　　　Jay Johnson

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 15, 2016.

　　　　　　　　　　　　　　　　　　*/s/ Jay Johnson*
　　　　　　　　　　　　　　　　　　Jay Johnson