IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § § § | |
| Plaintiff, | § § § | Civil Action No. 2:16-cv-00385-RWS |
| v. | § § § | LEAD CASE |
| AT&T SERVICES, INC. | § § § | |
| Defendant. | § § § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff, Rothschild Broadcast Distribution Systems, LLC ("RBDS") and Defendant AT&T Services, Inc. ("AT&T") file this Joint Motion to Stay All Deadlines and Notice of Settlement. RBDS and AT&T hereby notify the Court that all matters in controversy between RBDS and AT&T have been resolved in principle according to the terms attached hereto as Exhibit A (filed under seal pursuant to Local Rule CV-5(a)(7)(A)). RBDS and AT&T request that the Court stay the entry of a Docket Control Order as applicable between RBDS and AT&T for thirty (30) days so that RBDS and AT&T may submit the appropriate dismissal papers. RBDS and AT&T hereby stipulate that if any issues arise in formalizing the settlement papers, RBDS and AT&T agree to submit such issues to the Court for final resolution.

Dated:  August 16, 2016

*/s/ Jay Johnson*
Jay Johnson
State Bar No. 24067322
Brad Kizzia
State Bar No. 11547550
Anthony Ricciardelli
State Bar No. 24070493
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave., Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@kjpllc.com

**ATTORNEYS FOR PLAINTIFF ROTHSCHILD BROADCASTING DISTRIBUTION SYSTEMS, LLC**

Respectfully submitted,

*/s/ John H. Barr, Jr.*
John H. Barr, Jr.
*LEAD ATTORNEY*
State Bar No. 00783605
Abby L. Parsons
State Bar No. 24094303
**KING & SPALDING, LLP**
1100 Louisiana Street, Suite 4000
Houston, TX 77002
Tel:  (713) 276-7369
Fax:  (713) 751-3290
jbarr@kslaw.com
aparsons@kslaw.com

Allison H. Altersohn
**KING & SPALDING, LLP**
1185 Avenue of the Americas
New York, NY  10036
Tel:  (212) 556-2100
Fax:  (212) 556-2222
aaltersohn@kslaw.com

**ATTORNEYS FOR AT&T SERVICES, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 16, 2016.

*/s/ John H. Barr, Jr.*
John H. Barr, Jr.

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

The undersigned hereby certifies that the Court already has granted authorization to file Exhibit A to this Joint Motion To Stay All Deadlines And Notice Of Settlement under seal pursuant to Standing Order Regarding Proper Notification of Settlement to the Court in Cases Pending Before Judge Robert Schroeder.

*/s/ John H. Barr, Jr.*
John H. Barr, Jr.