IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:16-cv-00385-RWS |
| vs. | § § | LEAD CASE |
| AT&T SERVICES, INC. | § § | |
| Defendant. | § § | |
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:16-cv-00404-RWS |
| vs. | § § | CONSOLIDATED CASE |
| PLEX, INC. | § § | |
| Defendant. | § § | |

**UNOPPOSED MOTION TO DISMISS PLEX, INC. WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Rothschild Distribution Systems, LLC ("RBDS") files this Unopposed Motion to Dismiss Plex, Inc. With Prejudice.

Wherefore, RBDS moves this Court to dismiss this action and all claims by and between parties, with prejudice, with each party to bear its own costs, attorney's fees and expenses and request that the Court enter the proposed order of dismissal submitted herewith.

| | |
|---|---|
| Dated: August 25, 2016 | Respectfully submitted, |

*/s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**
State Bar No. 24070493
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on August 25, 2016, he met and conferred with counsel for Defendant concerning this motion and that Defendant's counsel agreed to the motion.

*/s/ Jay Johnson*
Jay Johnson

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 25, 2016.

*/s/ Jay Johnson*
Jay Johnson