IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:16-cv-385 |
| vs. | § § | LEAD CASE |
| AT&T SERVICES, INC. | § § | |
| Defendant. | § § | |
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:16-cv-404 |
| vs. | § § | CONSOLIDATED CASE |
| PLEX, INC. | § § | |
| Defendant. | § § | |

## ORDER

On this day the Court considered the Unopposed Motion to Dismiss Plex, Inc. (Docket No. 42). It is therefore **ORDERED** that all claims by and between parties are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses and attorneys' fees.

**SIGNED this 25th day of August, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE