# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC**<br><br>    **Plaintiff,**<br><br>v.<br><br>**AT&T SERVICES, INC.**<br><br>    **Defendant.** | Civil Action No. 2:16-CV-385-RWS<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE REGARDING INITIAL AND ADDITIONAL DISCLOSURES

Defendant Sony Computer Entertainment America LLC hereby provides notice that on September 7, 2016, it served its Initial and Additional Disclosures upon Plaintiff's counsel of record via electronic mail pursuant to the Court's Docket Control Order [*Dkt. 39*].

Dated:  September 8, 2016

Respectfully submitted,

 */s/ Melissa R. Smith.*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

Eric A. Buresh (pro hac vice)
Abran J. Kean (pro hac vice)
Ajay A. Sharma (pro hac vice)
ERISE IP, P.A.
6201 College Blvd., Suite 300
Overland Park, Kansas 66211
(913) 777-5600
(913) 777-5601 – fax

*Attorneys for Defendant Sony Computer Entertainment America LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, on this the 8th day of September, 2016.

 */s/ Melissa R. Smith*
Melissa R. Smith