**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § § | |
| Plaintiff, | § § | Civil Action No. 2:16-cv-00385-RWS |
| v. | § § § | |
| AT&T SERVICES, INC. | § § § | LEAD CASE |
| Defendant. | § § § | |

## JOINT MOTION FOR BRIEF EXTENSION OF STAY OF ALL DEADLINES PENDING DOCUMENTATION OF SETTLEMENT

Plaintiff, Rothschild Broadcast Distribution Systems, LLC ("RBDS") and Defendant AT&T Services, Inc. ("AT&T") file this Joint Motion for Brief Extension of Stay of All Deadlines Pending Documentation of Settlement.  On August 16, 2016, RBDS and AT&T notified the Court that all matters in controversy between RBDS and AT&T had been resolved in principle according to terms filed under seal pursuant to Local Rule CV-5(a)(7)(A).  Subsequently, on August 17, 2016, the Court entered a stay of all deadlines for a period of thirty (30) days. Although the parties have exchanged several drafts of the documentation, RBDS and AT&T have not yet finalized the documentation of the settlement and request that the Court extend the stay of all deadlines between RBDS and AT&T for an additional fourteen (14) days so that RBDS and AT&T may complete the documentation and submit the appropriate dismissal papers.  RBDS and AT&T hereby stipulate that if any issues arise in formalizing the settlement papers, RBDS and AT&T agree to submit such issues to the Court for final resolution.

| | |
|---|---|
| Dated: September 16, 2016 | Respectfully submitted, |
| */s/ Jay Johnson* | */s/ John H. Barr, Jr.* |
| Jay Johnson | John H. Barr, Jr. |
| State Bar No. 24067322 | *LEAD ATTORNEY* |
| Brad Kizzia | State Bar No. 00783605 |
| State Bar No. 11547550 | Abby L. Parsons |
| Anthony Ricciardelli | State Bar No. 24094303 |
| State Bar No. 24070493 | **KING & SPALDING, LLP** |
| **KIZZIA JOHNSON PLLC** | 1100 Louisiana Street, Suite 4000 |
| 1910 Pacific Ave., Suite 13000 | Houston, TX 77002 |
| Dallas, TX 75201 | Tel: (713) 276-7369 |
| (214) 451-0164 | Fax: (713) 751-3290 |
| Fax: (214) 451-0165 | jbarr@kslaw.com |
| jay@kjpllc.com | aparsons@kslaw.com |
| bkizzia@kjpllc.com | |
| anthony@kjpllc.com | Allison H. Altersohn |
| | **KING & SPALDING, LLP** |
| | 1185 Avenue of the Americas |
| | New York, NY 10036 |
| | Tel: (212) 556-2100 |
| | Fax: (212) 556-2222 |
| | aaltersohn@kslaw.com |
| **ATTORNEYS FOR PLAINTIFF ROTHSCHILD BROADCASTING DISTRIBUTION SYSTEMS, LLC** | **ATTORNEYS FOR AT&T SERVICES, INC.** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 16, 2016.

*/s/ John H. Barr, Jr.*
John H. Barr, Jr.