# IN THE UNITED STATED DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST § <br> DISTRIBUTION SYSTEMS, LLC § <br> § <br>     Plaintiff, § <br> § <br> vs. § <br> § <br> AT&T SERVICES, INC. § <br> § <br>     Defendant. § <br> § | Case No: 2:16-cv-00385-RWS <br><br> LEAD & CONSOLIDATED CASE |

## **UNOPPOSED MOTION TO DISMISS AT&T SERVICES, INC. WITH PREJUDICE**

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Rothschild Distribution Systems, LLC ("RBDS") files this Unopposed Motion to Dismiss AT&T Services, Inc. ("AT&T") WITH PREJUDICE.

    Wherefore, RBDS moves this Court to dismiss this action and all claims filed by RBDS against AT&T, WITH PREJUDICE, with each party to bear its own costs, attorney's fees and expenses and requests that the Court enter the proposed Order of Dismissal submitted herewith.

| | |
|---|---|
| Dated: October 5, 2016 | Respectfully submitted, |

*/s/ Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that on October 4, 2016, he met and conferred with counsel for Defendant concerning this motion and that Defendant's counsel agreed to the motion.

*/s/ Jay Johnson*
Jay Johnson

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 5, 2016.

*/s/ Jay Johnson*
Jay Johnson