# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC § § § | |
| Plaintiff, § | Case No: 2:16-cv-00385-RWS |
| § | |
| vs. § | LEAD & CONSOLIDATED CASE |
| § | |
| AT&T SERVICES, INC. § | |
| § | |
| Defendant. § | |
| § | |

## ORDER

On this day the Court considered the Unopposed Motion of Plaintiff Rothschild Broadcast Distribution Systems, LLC to Dismiss all claims against Defendant AT&T Services, Inc. with prejudice (Docket No. 50).  It is therefore **ORDERED** that all claims asserted by Plaintiff Rothschild Broadcast Distribution Systems, LLC against Defendant AT&T Services, Inc. are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses and attorneys' fees.

**So ORDERED and SIGNED this 19th day of October, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE